B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York - WP

In re: Richard A. Jagdeo, Debtor(s)

Case No. 15-23118
Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 6,000.00 |
   | Prior to the filing of this statement I have received | $ 6,000.00 |
   | Balance Due | $ 0.00 |

2. $ 0.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify): All money paid by third party; 0 was paid by debtor.

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   c. [Other provisions as needed]
   Attorney may pay up to $175 for local counsel to attend a 341 meeting or confirmation hearing.

   If the fee charged is above $6,000, the additional fee is for the time to prepare, argue and attend a hearing to reclassify junior mortgages under in re Pond or to remove judgment lien(s) under 11 USC 522 (f) and to file said order(s) in the county where the property is located.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Anything not included in above.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: 2/17/16

Michael H. Schwartz
Signature of Attorney
Michael H. Schwartz, P.C.
One Water Street
White Plains, NY 10601
914 997-0071   Fax: 914 997-0536
michael@NYLegalHelp.com
Name of law firm