# MICHAEL H. SCHWARTZ, P.C.
**ATTORNEYS AT LAW**

**ONE WATER STREET**
**WHITE PLAINS, NEW YORK 10601**

www.NYLegalHelp.com

TELEPHONE: 914 997-0071  EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

February 21, 2016

Hon. Robert D. Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York  10601          **via ECF only**

                              Re:   Richard Jagdeo
                              Case No: 15-23118

Dear Hon. Judge Drain:

This letter is a <u>Status Report</u> on this case. On February 24, 2016 there is a hearing on a motion to dismiss by the trustee and a motion to lift the stay by the lender.

1. On February 4, 2016 I was retained by the Debtor with the entire retention payment by check from the Debtor's family.

2. On February 9, 2016 I filed my Notice of Appearance (ECF Doc 29).

3. On February 15, 2016 I filed a Request for Loss Mitigation with the lender (ECF Doc 30).

4. On February 18, 2016 I filed my 2016(b) Statement and all of the Schedules and Statements as Amended. (ECF Docs 32, 33, 34).

5. On February 18, 2016 I filed the Plan. (ECF Doc 35). The Affidavit of Service will be filed Monday, February 22, 2016.

6. On February 18, 2016 I uploaded to the Trustee all of the documents requested in the motion to dismiss.

7. On February 19, 2016 I attended the 341 meeting with the Debtor. The Debtor delivered to the trustee the 3 plan payments owed since the case was converted (less a $10 mathematical error which will be corrected forthwith). The meeting was closed.

                              Very truly yours,


                              /s
                              Michael H. Schwartz