# ROSICKI, ROSICKI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
### Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone: (516) 741-2585
### Facsimile: (516) 873-7243

April 18, 2016

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **Debtor: Richard A Jagdeo**
             **Bankruptcy Case No.: 15-23118-rdd**
             **Chapter: 13**

Dear Judge Drain:

This loss mitigation status letter is submitted on behalf of Bayview Loan Servicing LLC, a creditor of the above referenced Debtor.

A financial package has been provided to Debtor's attorney for completion. Our office has followed up with counsel on the status of the package and are hopeful same will be provided shortly.

Should you have any questions please feel free to contact this office. Thank you.

                                  Very truly yours,

                                  Andrew Goldberg, Esq
                                  Rosicki, Rosicki and Associates, P.C.

cc:    *Michael H. Schwartz, Esq.*
       *Jeffrey L. Sapir, Esq.*