# ROSICKI, ROSICKI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
Main Office 51 E Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585
Facsimile: (516) 873-7243

August 24, 2016

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**   **Debtor: Richard A Jagdeo**
         **Bankruptcy Case No.: 15-23118-rdd**
         **Chapter: 13**

Dear Judge Drain:

This loss mitigation status letter is submitted on behalf of Bayview Loan Servicing LLC, a creditor of the above referenced Debtor.

By way of follow up to our June 29, 2016 status letter, our office received certain documents from Debtor's counsel on July 26, 2016. Bayview reviewed same and has advised the following documents are still needed in order to continue its modification review:

1) Need form 710 UBAF application. (Debtor sent Request for Mortgage Assistance form);
2) Need federal 2014 tax return along with the extension. (Debtor provided state tax return);
3) Need correct updated form 4506T
4) Need last 30 days' paystubs.

Our office requested these documents from debtor's counsel and anticipate receiving same shortly.

Should you have any questions please feel free to contact this office. Thank you.

Very truly yours,

Andrew Goldberg, Esq
Rosicki, Rosicki and Associates, P.C.

cc:   Michael H. Schwartz, Esq.
      Jeffrey L. Sapir, Esq.