| In re k ⸱⸱ K | | **Chapter 13 Fee Application** | | | | | | Schedule C |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **15-23118** | | 2/9/2016-9/21/2016 | | | | | | |
| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
| Michael H. Schwa | $6,500.00 | $5,000.00 | $0.00 | | $4,150.00 | $0.00 | $4,150.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | $4,150 paid from Escrow account | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Revised September 2011    DATE ON WHICH ORDER WAS SIGNED: 9/26/2016    INITIALS: RDD   USBJ